
**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **KENNETH D. PASKAR; FRIENDS OF LAGUARDIA AIRPORT, INC.,**<br><br>Petitioners,<br><br>v.<br><br>**FEDERAL AVIATION ADMINISTRATION; MICHAEL P. HUERTA; RAY LAHOOD, Secretary, United States Department of Transportation,**<br><br>Respondents. | No. 13-71514<br><br>FAA-1 No. 13-1070<br><br>**MEMORANDUM**[*] |

On Petition for Review of an Order of the
Federal Aviation Administration

Submitted June 5, 2013[**]
Pasadena, California

Before:     **KOZINSKI,** Chief Judge, **GOULD** and **N.R. SMITH,** Circuit
Judges.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Petitioner Kenneth Paskar seeks to recover $19,450 in fees accrued in connection with his Petition for Review under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Because Paskar's challenge to the FAA's planned closure of various air traffic control towers was dismissed without a judgment on the merits or court-ordered consent decree, Paskar does not qualify as a "prevailing party" within the meaning of the EAJA.  See Perez-Arellano v. Smith, 279 F.3d 791, 794 (9th Cir. 2002); see also Buckhannon Board & Care Home, Inc. v. W. Va. Dep't. of Health & Human Res., 532 U.S. 598, 610 (2001).  Accordingly, his application for fees is

**DENIED.**